**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David John RIVERA, Petitioner**

**No. 426 MAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

**WELLS FARGO BANK, N.A., S/B/M to Wachovia Bank, National Association, Respondent**

v.

**Paul PIECZYNSKI, Petitioner**

**No. 498 MAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal and Application for Relief are **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.